JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 TO 20,<br><br>    Defendants. | Case No: 2:17-CV-01937 MWF(PLAX)<br><br>[LOS ANGELES SUPERIOR COURT ACTION NO. BC645740]<br>(Complaint filed on January 4, 2017)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT** |

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered:

1. Plaintiff's entire action is remanded forthwith to state court.

2. Plaintiff's Motion to Amend and Remand is deemed withdrawn without prejudice and the May 8, 2017, hearing on said Motion is removed from the Court's calendar.

///

-1-

3. The proposed Amended Complaint shall not be filed in the District Court; but may be filed in the Los Angeles County Superior Court, within Case No. BC645740, after remand, subject to the provisions of the parties' Stipulation.

4. All other matters currently scheduled in this federal action are hereby advanced to this date and vacated.

DATED: May 2, 2017

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA